UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET MEDELIN,

        Plaintiff(s),                      No. C 04-0726 PJH

  v.                                       **ORDER OF DISMISSAL**
                                             (Document 14)

DONALD RUMSFELD, SECRETARY OF DEPARTMENT OF DEFENSE,

        Defendant(s).

_____/

      Pursuant to the stipulation and order for compromised settlement filed on February 14, 2005 and the notice of voluntary dismissal filed by plaintiff on March 1, 2005, this matter is hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

Dated:  March 15, 2006

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge